FRANCIS E. LARKIN et al., appellants,

*v.*

JAMES H. WIKOFF et al., defendant-respondents.

[Argued July 8th and 11th, 1910. Decided November 14th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Walker, whose opinion is reported in *75 N. J. Eq. (5 Buch.) 462.*

*Mr. John V. B. Wicoff,* for the defendant-respondents.

*Mr. Adrian S. Appelget,* for the appellants.

PER CURIAM.

So much of the decree as is involved in this appeal will be affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Walker in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, DILL, CONGDON—13.

*For reversal*—None.